No. 1077. Pacific Electric Railway Co. *v.* United States. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *C. W. Cornell* for petitioner. *Acting Solicitor General Washington, Sewall Key, Lee A. Jackson* and *Melva M.*

850

*Graney* for the United States. 